UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TY-POET BAGGETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-316 |
| | ) | (VARLAN/GUYTON) |
| SCHWAN'S HOME SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to Order of Reference [Doc. 19] from District Judge Thomas A. Varlan for consideration and determination of the plaintiff's Motion to Compel. [Doc. 17].

The Court finds that the said Motion is not well-taken, and accordingly, the plaintiff's Motion to Compel [Doc. 17] is **DENIED**. No costs or sanctions are awarded.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge